FILED
MAR 6 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY and PRINCIPAL FINANCIAL GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 08-135 T<br><br>CIVIL NO. ________<br><br>CORPORATE DISCLOSURE STATEMENT BY PLAINTIFFS |

Pursuant to RCFC 7.1, Plaintiffs Principal Life Insurance Company and Principal Financial Group, Inc. provide the following corporate disclosure statement to the Court:

1. Plaintiff Principal Life Insurance Company is a wholly-owned subsidiary of Principal Financial Services, Inc.

2. Principal Financial Services, Inc. is a wholly-owned subsidiary of Plaintiff Principal Financial Group, Inc., a publicly held company.

March 3, 2008.

Bruce Graves
Bruce B. Graves, AT0002945 (Iowa)

BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE & SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-283-0231

ATTORNEY FOR PLAINTIFF