ORIGINAL

FILED
MAR 6 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, and PRINCIPAL FINANCIAL GROUP, INC. | CIVIL NO. 08-135 T |
| Plaintiffs, | NOTICE OF DIRECTLY-RELATED CASES |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to RCFC 40.2(a), Plaintiff Principal Life Insurance Company states to the Court:

1. This tax case relating to the taxable years 1999-2001 and arising out of the Complaint filed contemporaneously herewith is directly related to the following two earlier-filed tax cases involving the taxable years 1995-1996 and 1997-98 respectively:

Principal Life Insurance Company And Subsidiaries
v.
The United States
No. 07-6T
(Judge Francis M. Allegra)
(Filed January 4, 2007)

and

Principal Life Insurance Company, and
Principal Financial Group, Inc., Plaintiffs,
v.
United States of America, Defendant.
No. 07-706T
(Judge Francis M. Allegra)
(Filed September 28, 2007)

2. Both of the above cases filed in 2007 involve the same parties and many of the same issues and claims raised in the Complaint filed contemporaneously herewith with resepct to the taxable years 1999-2001. In addition, the Court's decision in the earlier-filed cases may give rise to certain carryovers applicable to 1999-2001.

3. One of the issues involved in the earlier-filed cases as well as this case involves applicability of interest on deferred tax under section 453A of the Internal Revenue Code. The same issue was decided by Judge Allegra with respect to the taxable years 1991-1994 in the following earlier-decided case:

Principal Life Insurance Company And Subsidiaries
v.
The United States
No. 02-1278T
70 Fed. Cl. 144 (2006)
(Judge Francis M. Allegra)

4. Plaintiff believes that assignment of this case to Judge Allegra and consolidation of this case with the earlier-filed cases, Nos. 07-6T and 07-706T, will conserve judicial resources and promote efficient determination in both cases.

Date: March 3, 2008.

Bruce Graves AT0002945
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFFS,
PRINCIPAL LIFE INSURANCE
COMPANY and
PRINCIPAL FINANCIAL GROUP, INC.