# In The United States Court of Federal Claims

No. 08-135T

(Filed: May 2, 2008)

PRINCIPAL LIFE INSURANCE
COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 6, 2008, plaintiff filed its complaint in this case. This complaint involves issues similar to those presented in *Principle Life Insurance Company and Subsidiaries v. United States*, No. 07-006T. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate, for purposes of briefing and decision, this case with No. 07-006T

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge